*The United States* ⎫
*vs.* ⎬
*The North-west Comp^y* ⎭

filed in court 15th Sept^ber 1806

E. Brush att^y for the U. S.

TERRITORY OF MICHIGAN, TO WIT—IN THE SUPREME COURT OF THE TERRITORY OF MICHIGAN OF THE TERM OF SEPTEMBER ONE THOUSAND EIGHT HUNDRED FIVE.

*The United States—* ⎫
*vs* ⎬
*The North west Comp^y.* ⎭

To Samuel Abbott Esq^r of Michillimackinac or to any other Judge or Justice of the peace residing within the district of Michilliamackinac duly authorised by law to take & administer oaths within the Said district,

GREETING:

WHEREAS upon a motion made in open court of September term one thousand eight hundred five by the United States attorney in the above action, and agreed to by the defendants' attorney, a rule of Said court was granted to authorize the taking evidence & depositions *de bene esse* in the district of Michillimackinac, to be read & improved on behalf of the united States, in the above cause, upon giving reasonable Notice to the defendants or their attorney of the time & place of taking Said depositions & evidence; NOW this is to authorize & empower you the Said Samuel Abbott Esq^r or any Judge or Justice of the Said district authorized to administer oaths, as aforesaid to take & transmit to the Said Supreme Court of this territory, at Detroit, under hand & Seal, Such depositions & evidence as Shall be made & given before you touching the merit of the above Cause, and for your or either of your So doing this will be your Sufficient Commission. IN TESTI-

MONY whereof I have hereunto affixed the Seal of the Said Supreme Court at Detroit, the twenty Second of april one thousand eight hundred Six.

PETER AUDRAIN
clk of the Supreme Court

[In the handwriting of Peter Audrain]